UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 6:21-CR-046-CHB |
| v. | ) |
| ERNIE R. BRATCHER, | ) **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge Hanly Ingram. [R. 42]. The Report and Recommendation addresses whether Defendant Ernie Bratcher is competent to face further proceedings in this matter pursuant to 18 U.S.C. §§ 4241 and 4247(d). *Id*.

After reviewing a forensic report, [R. 40], and conducting a hearing, Magistrate Judge Ingram concluded, in accordance with the forensic report, that the Defendant "is competent to face further proceedings, to include trial, in this matter." [R. 42, p. 6].

Magistrate Judge Ingram's Report and Recommendation advised the Parties that any objections must be filed within three (3) days of service. *Id*. The Defendant has not objected.

Generally, this Court must make a de novo determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v.*

*Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with Magistrate Judge Ingram's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [R.. 42] is **ADOPTED** as the opinion of this Court; and

2. The Court **FINDS** that Ernie Bratcher is competent to face further proceedings in this matter.

This the 29th day of April 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY